AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

United States of America
v.

Stella Marie Pesqueira
*Defendant*

Case No. CR-21-02652-001-TUC-RM (JR)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Stella Marie Pesqueira,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) and 841(b)(1)(A)(vi) Possession with Intent to Distribute Fentanyl (1), and 21:952(a), 960(a)(1) and 960(b)(1)(F) Importation of Fentanyl (2)

ISSUED ON 10:00 am, Oct 14, 2021
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

City and state: Tucson, Arizona

S. Araiza, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10//14/2021, and the person was arrested on *(date)* 01/30/2022
at *(city and state)* Phoenix, Arizona

Date: 01/30/2022

RODOLFO T RODRIGUEZ
Digitally signed by RODOLFO T RODRIGUEZ
Date: 2022.01.31 08:57:19 -07'00'

*Arresting officer's signature*

Rodolfo T. Rodriguez, Special Agent
*Printed name and title*

cc: AUSA, PTS, USMS