Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant to Revoke Supervised Release


☒ FILED   ☐ LODGED
Jun 09 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

T-SEALED

| | | |
|---|---|---|
| Name of Offender: | **Stella Marie Pesqueira** | Case No.: CR-21-02652-001-TUC-RM (JR) |
| Name of Judicial Officer: | **The Honorable Rosemary Márquez**<br>**United States District Judge** | |

Date of Original Sentence: **11/4/2019**

Original Offense: **Count 2: Importation of Fentanyl, 21 U.S.C. § 952(a), 21 U.S.C. § 960(a)(1), and 21 U.S.C. §960(b)(1)(F), a Class A felony offense**

Original Sentence: **15 months Bureau of Prisons, 48 months supervised release**

| | | |
|---|---|---|
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **4/4/2023**<br>Date Supervision Expires: **4/3/2027** |
| Assistant U.S. Attorney: | **Micah Schmit**<br>520-620-7306 | Defense Attorney: **Jorge Leonardo Costales**<br>520-879-7500 |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Stella Marie Pesqueira has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Standard Condition #5** which states, You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>Ms. Pesqueira failed to live at a place approved by the probation officer. She also failed to notify you must notify the probation officer at least 10 days before the change and within 72 hours of becoming aware of a change or expected change. Ms. Pesqueira left Behavioral Systems Southwest (BSS) Florence on or about May 19, 2023, without permission and she was listed as absconding from the facility. This is evidenced by testimony of this officer and documentation from BSS Florence, namely the release checklist. Grade C violation. §7B1.1(a)(3) |

cc: Micah Schmit (AUSA); Zarina Ramos (USPO); USM

Page 2
RE:  Stella Marie Pesqueira
Petition to Revoke Supervised Release
June 2, 2023

      B      **Special Condition #7** which states, You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer.  You must follow all rules and regulations.  You shall contribute to programming costs in an amount determined by the probation officer.

      Ms. Pesqueira failed to reside at and participate in a Residential Reentry Center as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. Ms. Pesqueira left BSS Florence on or about May 19, 2023 without permission and she was listed as absconding from the facility.  This is evidenced by testimony of this officer and documentation from BSS Florence, namely the release checklist. Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Stella Marie Pesqueira has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Stella Marie Pesqueira is a flight risk.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_[signature]_        6/2/2023
Zarina Ramos        Date
U.S. Probation Officer
Office:  602-268-4380
Cell:  480-271-5816

_[signature]_        6/2/2023
Haylee Campbell        Date
Supervisory U.S. Probation Officer
Office:  602-322-7464
Cell:  602-376-5637

Page 3
RE:  Stella Marie Pesqueira
Petition to Revoke Supervised Release
June 2, 2023

The Court Orders

- [ ] No Action
- [x] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

_____   _June 9, 2023_____
The Honorable Rosemary Márquez        Date
United States District Judge